In The



Court of Appeals



Ninth District of Texas at Beaumont



________________



NO. 09-08-00441-CV


 _____________________



IN THE INTEREST OF M.P.J. and B.W.J.






On Appeal from the 75th District Court


Liberty County, Texas


Trial Cause No. CV72911






MEMORANDUM OPINION


 The appellants filed a motion to dismiss this appeal. The motion is voluntarily made
by the appellants prior to any decision of this Court. See Tex. R. App. P. 42.1(a)(1). No other
party filed notice of appeal. We grant the motion and dismiss the appeal. 

 APPEAL DISMISSED.

 DAVID GAULTNEY

 Justice



Opinion Delivered January 15, 2009

Before McKeithen, C.J., Gaultney and Horton, JJ.